Frederick Edwards and Others, Respondents, v. The Town of Lake Pleasant and Others, Appellants.

Per Curiam. The order appealed from is one granting a temporary injunction in a taxpayer's action, the granting of which was discretionary; and we pass upon no other question. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur. Order affirmed, with ten dollars costs and disbursements.˙ [137 Misc. 78.]

In the Matter of the Judicial Settlement of the Account of Proceedings of Mechanics and Farmers Bank of Albany, as Executor, etc., of Laura Crocker Hughes, Deceased.

Per Curiam. The expression "with costs" means costs in this court, which include disbursements on the appeal. We give no direction as to costs in the Surrogate's Court, which are in the discretion of the surrogate. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ. Motion to resettle order denied, with ten dollars costs.

Thomas H. Wilson, Respondent, v. Charles Green, Appellant.

Per Curiam. In view of the conflict in the evidence it was error for the court to charge the jury that the plaintiff had the right of way as matter of law; and there were other prejudicial errors requiring reversal. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur. Judgment and order reversed on the law and new trial granted, with costs to the appellant to abide the event.

In the Matter of the Claim of Mary Joslyn, Respondent, against Oneida Community, Ltd., and Another, Appellants.

State Industrial Board, Respondent.

Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the accident did not arise out of and in the course of the employment. Van Kirk, P. J., Hinman, Davis and Whitmyer, JJ., concur; Hill, J., dissents, with a memorandum.

Hill, J. (dissenting). Claimant was injured while assisting in the employer's business of selling silverware. This was not the usual work of the claimant, but was at the employer's plant and done by permission of her foreman. The award should be affirmed.